THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GABLES OF ST. AUGUSTINE, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NO.: |
| v. ) | 7:23-cv-00007-WLS |
| ) | |
| NATIONWIDE GENERAL ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## ORDER ON JOINT STIPULATION OF
## VOLUNTARY DISMISSAL WITH PREJUDICE

Before this Court is the Joint Stipulation of Voluntary Dismissal with Prejudice executed by both the Plaintiff and the Defendant (the "Joint Dismissal"). Fed. R. Civ. P. 41(a)(1)(A)(ii).

Accordingly, it is hereby **ORDERED** that the Joint Dismissal is hereby **GRANTED** and the action dismissed with prejudice. This court reserves jurisdiction to enforce the terms of the settlement agreement between the parties, if necessary.

**IT IS SO ORDERED** this ___1st___ day of ~~April,~~ May 2023

_W. Louis Sands_
W. Louis Sands
United States District Judge