IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| GABLES OF ST. AUGUSTINE, LLC, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-7 (WLS) |
| | * |
| NATIONWIDE GENERAL INSURANCE COMPANY, | * |
| Defendant. | * |

**J U D G M E N T**

Pursuant to this Court's Order dated May 1, 2023, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case.

This 1st day of May, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk